| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: <br> WESTERN DISTRICT OF KENTUCKY | |
| Case number *(if known)* _____ | Chapter you are filing under: <br> ☐ Chapter 7 <br> ☐ Chapter 11 <br> ☐ Chapter 12 <br> ■ Chapter 13 |

☐ Check if this is an amended filing

Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy         04/20

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

| | | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|---|
| 1. | **Your full name** <br><br> Write the name that is on your government-issued picture identification (for example, your driver's license or passport). <br><br> Bring your picture identification to your meeting with the trustee. | **Brian** <br> First name <br><br> **T** <br> Middle name <br><br> **Owen** <br> Last name and Suffix (Sr., Jr., II, III) | **Courtney** <br> First name <br><br> **A** <br> Middle name <br><br> **Owen** <br> Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years** <br> Include your married or maiden names. | | **FKA Courtney A Tennis** |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-2206 | xxx-xx-6648 |

Debtor 1  **Brian T Owen**
Debtor 2  **Courtney A Owen**                                                Case number *(if known)*

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**  Include trade names and *doing business as* names | ☐ I have not used any business name or EINs.  **FDBA  Grey Investments, LLC**  Business name(s)   EIN | ☐ I have not used any business name or EINs.  **FDBA  Grey Investments LLC**  Business name(s)   EIN |
| **5. Where you live** | **1128 Breezeport Court**  **Henderson, KY 42420**  Number, Street, City, State & ZIP Code   **Henderson**  County   **If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.   Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**   Number, Street, City, State & ZIP Code   County   **If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.   Number, P.O. Box, Street, City, State & ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*  ■  Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.  ☐  I have another reason. Explain. (See 28 U.S.C. § 1408.) | *Check one:*  ■  Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.  ☐  I have another reason. Explain. (See 28 U.S.C. § 1408.) |

Debtor 1   **Brian T Owen**
Debtor 2   **Courtney A Owen**                                           Case number *(if known)*

### Part 2:   Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7
☐ Chapter 11
☐ Chapter 12
■ Chapter 13

**8. How you will pay the fee**

■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☐ No.
■ Yes.

| | District | **Western District of Kentucky** | When | **7/10/15** | Case number | **15-40587** |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |
| | District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No
☐ Yes.

| | Debtor | | Relationship to you | |
|---|---|---|---|---|
| | District | When | Case number, if known | |
| | Debtor | | Relationship to you | |
| | District | When | Case number, if known | |

**11. Do you rent your residence?**

■ No.    Go to line 12.
☐ Yes.    Has your landlord obtained an eviction judgment against you?

☐ No. Go to line 12.
☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1   **Brian T Owen**
Debtor 2   **Courtney A Owen**                                                                  Case number *(if known)*

---

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |
|---|---|

**12.** **Are you a sole proprietor of any full- or part-time business?**

■ No.   Go to Part 4.

☐ Yes.   Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

_____
Name of business, if any

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

_____
Number, Street, City, State & ZIP Code

Check the appropriate box to describe your business:

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13.** **Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor or a debtor as defined by 11 U.S.C. § 1182(1)*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines.* If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ No.   I am not filing under Chapter 11.

☐ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.   I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

---

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |
|---|---|

**14.** **Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.

What is the hazard?   _____

If immediate attention is needed, why is it needed?   _____

Where is the property?   _____
                          Number, Street, City, State & Zip Code

---

Debtor 1   **Brian T Owen**
Debtor 2   **Courtney A Owen**                                               Case number *(if known)*

| Part 5: | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **15. Tell the court whether you have received a briefing about credit counseling.**<br><br>The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.<br><br>If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again. | *You must check one:*<br><br>■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.<br><br>☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.<br><br>☐ **I am not required to receive a briefing about credit counseling because of:**<br><br>☐ **Incapacity.**<br>I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.<br><br>☐ **Disability.**<br>My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.<br><br>☐ **Active duty.**<br>I am currently on active military duty in a military combat zone.<br><br>If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court. | *You must check one:*<br><br>■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.<br><br>☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br><br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.<br><br>☐ **I am not required to receive a briefing about credit counseling because of**:<br><br>☐ **Incapacity.**<br>I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.<br><br>☐ **Disability.**<br>My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.<br><br>☐ **Active duty.**<br>I am currently on active military duty in a military combat zone.<br><br>If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. |

Debtor 1   **Brian T Owen**
Debtor 2   **Courtney A Owen**                                         Case number *(if known)* _____

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

■ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts
_____

**17. Are you filing under Chapter 7?**

■ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
■ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ Brian T Owen                                    /s/ Courtney A Owen
**Brian T Owen**                                    **Courtney A Owen**
Signature of Debtor 1                               Signature of Debtor 2

Executed on   **September 15, 2021**               Executed on   **September 15, 2021**
              MM / DD / YYYY                                      MM / DD / YYYY

Debtor 1 **Brian T Owen**
Debtor 2 **Courtney A Owen**                                                                 Case number *(if known)*

| | |
|---|---|
| **For your attorney, if you are represented by one** | I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect. |
| **If you are not represented by an attorney, you do not need to file this page.** | |

**/s/ Frank A. Brancato**                                    Date    **September 15, 2021**
Signature of Attorney for Debtor                                     MM / DD / YYYY

**Frank A. Brancato 81899**
Printed name

**Bamberger & Brancato, PSC**
Firm name

**111 West Second Street, P.O. Box 1676**
**Owensboro, KY 42302-1676**
Number, Street, City, State & ZIP Code

Contact phone  **(270) 926-4545**          Email address   **fbrancato@brancatolaw.com**

**81899 KY**
Bar number & State

Official Form 101                **Voluntary Petition for Individuals Filing for Bankruptcy**                page 7

American Express
P.O. Box 650448
Dallas, TX 75265-0448


Amex
Correspondence/Bankruptcy
Po Box 981540
El Paso, TX 79998


Amex
P.O. Box 981537
El Paso, TX 79998


Ascension St. Vincent Evansville
5763 Reliable Parkway
Chicago, IL 60680-5763


Ascension St. Vincent Evansville
P.O. Box 42008
Phoenix, AZ 85080-2008


B&W Fairfield Partnership
70 NE Loop 410, Suite 185
San Antonio, TX 78216


Bank of America
P.O. Box 982238
El Paso, TX 79998-2238


Barclays
P.O. Box 13337
Philadelphia, PA 19101-3337


Barclays
Card Services
P.O. Box 8802
Wilmington, DE 19899-8802


Barclays Bank Delaware
Attn: Bankruptcy
Po Box 8801
Wilmington, DE 19899

```
Barclays Bank Delaware
P.O. Box 8803
Wilmington, DE 19899


Business Card
P.O. Box 15796
Wilmington, DE 19886-5796


Caine & Weiner
Attn: Bankruptcy
5805 Sepulveda Blvd
Sherman Oaks, CA 91411


Caine & Weiner
P.O. Box 55848
Sherman Oaks, CA 91413


Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130


Capital One
P.O. Box 4069
Carol Stream, IL 60197-4069


Capital One
P.O. Box 31293
Salt Lake City, UT 84131


Capital One
P.O. Box 6492
Carol Stream, IL 60197-6492


Capital One/Menards
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130


Cash-Pro, Inc.
P.O. box 5469
Evansville, IN 47716-5469
```

Chase Bank  
P.O. Box 15298  
Wilmington, DE 19850  

Chase Business Card Services  
P.O. Box 15134  
Wilmington, DE 19850-5134  

Cindy Melton  
8231 Tscharner Road  
Henderson, KY 42420  

Citibank/Shell Oil  
Citicorp Credit Srvs/Centralized Bk dept  
Po Box 790034  
St Louis, MO 63179  

Citibank/Shell Oil  
P.O. Box 6497  
Sioux Falls, SD 57117  

Comenity - Victoria's Secret  
P.O. Box 650972  
TX 75625-0972  

Comenity Bank/Victoria Secret  
Attn: Bankruptcy  
Po Box 182125  
Columbus, OH 43218  

Comenity Bank/Victoria Secret  
P.O. Box 182789  
Columbus, OH 43218  

Complete Billing Services  
517 US Highway 31 N  
Greenwood, IN 46142-3932  

Credit Control LLC  
P.O. Box 51790  
Livonia, MI 48151-5790  

Credit Control LLC  
P.O. Box 546  
Hazelwood, MO 63042

```
CWK-Investments, Eagle Plaza, LLC
9210 Petersburg Road
Evansville, IN 47725


Deaconess Health System
P.O. Box 1230
Evansville, IN 47706-1230


Deaconess Health System
P.O. Box 630229
Cincinnati, OH 45263


Deaconess Health System
PO Box 1230
Evansville, IN 47706-1230


Deaconess Health System
P.O. Box 630229
Cincinnati, OH 45263-0229


Dedicated Commerical Recovery Inc
1970 Oakcrest Avenue, Suite 217
Saint Paul, MN 55113


Department of Education
FedLoan Servicing
P.O. Box 790234
Saint Louis, MO 63179-0234


Discover
P.O. Box 71242
Charlotte, NC 28272-1242


Discover Financial
Attn: Bankruptcy
Po Box 3025
New Albany, OH 43054


Discover Financial
P.O. Box 15316
Wilmington, DE 19850
```

```
Discover Student Loans
Attn: Bankruptcy
Po Box 30948
Salt Lake City, UT 84130


Discover Student Loans
P.O. Box 6107
Carol Stream, IL 60197-6107


Discover Student Loans
P.O. Box 30947
Salt Lake City, UT 84130-0947


Evansville Teachers FCU
Attn: Bankruptcy
4401 Theater Drive
Evansville, IN 47715


Fedloan
Attn: Bankruptcy
Po Box 60610
Harrisburg, PA 17106


FedLoan Servicing
P.O. Box 69184
Harrisburg, PA 17106-9184


First Bankcard
P.O. Box 2557
Omaha, NE 68103-2557


First National Bank
Attn: Bankruptcy
Po Box 3128
Omaha, NE 68103


First National Bank
P.O. Box 3412
Omaha, NE 68197


First National Bank of Omaha
P.O. Box 3696
Omaha, NE 68103-0696
```

```
Genesight
P.O. Box 645685
Cincinnati, OH 45264-5685


Gs Bank Usa
Attn: Bankruptcy
Lockbox 6112 PO Box 7247
Philadelphia, PA 19170


Hon. James D. Johnson
Jackson Kelly PLLC
P.O. Box 1507
Evansville, IN 47706


Hoosier Accounts
2545 MJM Industrial Drive
Evansville, IN 47715


Independence Bank
Liperty Square
76 S Green Street
Henderson, KY 42420


John Owen
963 Hillmont Drive
Henderson, KY 42420


Legence Bank
946 Fourth St
Eldorado, IL 62930


Legence Bank
Attn: Allen Jones
7325 E Virginia St.
Evansville, IN 47715


Legence Bank
P.O. Box 569
Eldorado, IL 62930


Lincoln Automotive Fin
Attn: Bankrutcy
Po Box 54200
Omaha, NE 68154
```

Lloyd Crossing Shopping Center LLC
Gershman Parners Inc
350 Massachusetts Ave, Suite 400
Indianapolis, IN 46204


M & T Bank
Attn: Bankruptcy
Po Box 844
Buffalo, NY 14240


M&T Bank
P.O. Box 900
Millsboro, DE 19966


Morton Family Dentistry
822 N Elm St #2709
Henderson, KY 42420


Mpcs
Attn: Bankruptcy
Po Box 1116
Newburgh, IN 47629


MPCS
5055 Newburgh Plaza
Newburgh, IN 47630


Msu St Ln
P O Box 9
Murray, KY 42071


Murray State University
c/o Educational Computer Systems, Inc
P.O. Box 1238
Wexford, PA 15090


ProPoint Solutions, LLC
314 1st Ave N, Suite 300
Minneapolis, MN 55401


Receivables Managemnt Partners
Attn: Bankruptcy
Po Box 630844
Cincinnati, OH 45263

Receivables Managemnt Partners
6955 Hillsdale Court
Indianapolis, IN 46250


Sam's Club/Synchrony Bank
P.O. Box 530942
Atlanta, GA 30353-0942


Shell
P.O. Box 6406
Sioux Falls, SD 57117


Shell
P.O. Box 9001011
Louisville, KY 40290-1011


Southern Indiana Imaging Consultants, PC
P.O. Box 138
Evansville, IN 47701


Sterling United Cu
Attn: Bankruptcy
1330 W Franklin St
Evansville, IN 47710


Syncb/venmo
Po Box 965015
Orlando, FL 32896


Synchrony Bank/Sams
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896


Synchrony Bank/Sams
P.O. Box 965005
Orlando, FL 32896


Upgrade, Inc.
Attn: Bankruptcy
275 Battery Street 23rd Floor
San Francisco, CA 94111

```
Upgrade, Inc.
2 North Central Ave, 10th Floor
Phoenix, AZ 85004

VENMO/SYNCB
P.O. Box 960080
Orlando, FL 32896-0080
```