**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**
**OWENSBORO DIVISION**

| | |
|---|---|
| IN THE MATTER OF: ) | |
| ) | **Chapter 13** |
| **BRIAN T. OWEN** ) | |
| **COURTNEY A. OWEN** ) | **Case No. 21-40470** |
|      Debtors ) | |
| _____ ) | |

## SCHEDULE OF ALLOWED CLAIMS

**Come Now** the Debtors, **Brian T. Owen** and **Courtney A. Owen,** by counsel, state that the following claims have been duly proven, and should be allowed and paid in accordance with the Order of Confirmation regarding secured and unsecured claims:

| Claim # | Creditor Name | Class | Amount of Claim | Status |
|---|---|---|---|---|
| 1. | Discover Bank Discover Products Inc.<br>P.O. Box 3025<br>New Albany, OH 43054-3025 | Unsecured | $5,302.16 | Allow |
| 2. | Discover Student Loans<br>P.O. Box 30925<br>Salt Lake City, UT 84130 | Unsecured | $9,648.95 | Allow |
| 3. | First National Bank of Omaha<br>1620 Dodge St Stop Code 3129<br>Omaha, NE 68197 | Unsecured | $5,523.38 | Allow |
| 4. | Ascension St. Vincent Evansville<br>P.O. Box 4457<br>Houston, TX 77210-4457 | Unsecured | $954.48 | Disallow - Pending Motion |
| 5. | Ford Motor Credit Company, LLC<br>Dept 55953<br>P.O. Box 55000<br>Detroit, MI 48255-8532 | Secured | $60,339.65 | Allow - Paid Direct |
| 6. | U.S. Department of Education<br>c/o FedLoan Servicing<br>P.O. Box 790234<br>Saint Louis, MO 63179 | Unsecured | $73,570.93 | Allow |
| 7. | Capital One Bank (USA) by<br>American InfoSource as Agent<br>P.O. Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | $6,242.09 | Allow |
| 8. | Evansville Psychiatric Associates<br>c/o Medical & Professional Collection Services Inc.<br>P.O. Box 1116<br>Newburgh, IN 47629 | Unsecured | $959.03 | Allow |

| Claim # | Creditor Name | Class | Amount of Claim | Status |
|---|---|---|---|---|
| 9. | Evansville Teachers FCU<br>P.O. Box 5129<br>Evansville, IN 47716 | Secured | $10,671.78 | Allow - Paid Direct |
| 10. | Evansville Teachers FCU<br>P.O. Box 5129<br>Evansville, IN 47716 | Secured | $8,339.45 | Allow - Paid Direct |
| 11. | American Express National Bank<br>c/o Beckett & Lee LLP<br>P.O. Box 3001<br>Malvern, PA 19355-0701 | Unsecured | $2,284.29 | Allow |
| 12. | Hoosier Accounts Service<br>2545 MJM Inudstrial Dr.<br>Evansville, IN 47715 | Unsecured | $240.18 | Disallow - Pending Motion |
| 13. | Resurgent Capital Services<br>P.O. Box 10587<br>Greenville, SC 29603-0587 | Unsecured | $4,495.34 | Disallow - Pending Motion |
| 14. | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>P.O. Box 41031<br>Norfolk, VA 23541 | Unsecured | $1,282.43 | Disallow - Pending Motion |
| 15. | Portfolio Recovery Associates, LLC<br>P.O. Box 12914<br>Norfolk, VA 23541 | Unsecured | $1,147.57 | Allow |
| 16. | Portfolio Recovery Associates, LLC<br>P.O. Box 12914<br>Norfolk, VA 23541 | Unsecured | $629.48 | Allow |
| 17. | Quantum3 Group LLC<br>P.O. Box 2489<br>Kirkland, WA 98083-2489 | Unsecured | $88.82 | Disallow - Pending Motion |
| 18. | Portfolio Recovery Associates, LLC<br>P.O. Box 12914<br>Norfolk, VA 23541 | Unsecured | $2,707.62 | Allow |
| 19. | Citibank, NA<br>6715 Grade Ln Blg 9 Ste 910-PY Dept<br>Louisville, KY 40213-3439 | Unsecured | $488.09 | Disallow - Pending Motion |
| 20. | CWK Investments<br>c/o Hon. James Johnson<br>221 N.W. Fifth Street, P.O. Box 1507<br>Evansville, IN 47706 | Unsecured | $27,720.05 | Allow |
| 21. | Pink Dogwood 13 LLC<br>P.O. Box 1931<br>Burlingame, CA 94011 | Unsecured | $2,952.64 | Disallow - Pending Motion |
| 22. | Sterling United Federal Credit Uniont<br>Attn: R. Nichols<br>1130 W. Franklin St.<br>Evansville, IN 47710 | Unsecured | $18,584.97 | Allow |

| Claim # | Creditor Name | Class | Amount of Claim | Status |
|---|---|---|---|---|
| 23. | | | | |
| 24. | | | | |
| 25. | | | | |
| 26. | Total: | | $244,173.38 | |

Date:  **December 8, 2021**

        Respectfully Submitted

        **BAMBERGER & BRANCATO, PSC**
        111 West Second Street, P.O. Box 1676
        Owensboro, Kentucky 42302-1676
        Voice: 270/926-4545; Fax: 270/684-0064
        Email: fbrancato@brancatolaw.com

        /s/    *Frank A. Brancato*
        Frank A. Brancato
        Counsel for Debtors

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing **Schedule** was electronically filed pursuant to W.D. Ky. L.B.R. 5005-4(a)(1), and which constitutes service or notice of the filed document pursuant to W.D. Ky. L.B.R. 9036-1. Parties not deemed to have consented to electronic notice or service will receive a paper copy of the electronically filed pleading, pursuant to W.D. Ky. L.B.R. 9036-1(b), which constitutes the notice or service as required.

        /s/    *Frank A. Brancato*
        Frank A. Brancato

        Y:\1 Firm\BANKRUPTCY\2021\Owen\Scanned - Proof of Claims\Schedule - Allowed Claims - 01.wpd